654

*General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for the United States.

No. 663. JACOBS *v.* MERCHANTS FIRE ASSURANCE CORP. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. C. Wheeler* for petitioner. *Mr. Grover Middlebrooks* for respondent.

No. 677. LOWRY *v.* WOODRING, SECRETARY OF WAR. March 27, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Philip W. Lowry, pro se. Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for respondent.

No. 681. THRASH LEASE TRUST *v.* COMMISSIONER OF INTERNAL REVENUE. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey, A. Calder Mackay,* and *Herbert R. MacMillan* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, L. W. Post,* and *Charles A. Horsky* for respondent.

No. 683. KENT, RECEIVER, *v.* CLEVELAND NATIONAL BANK. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George P. Barse, Estes Kefauver,* and *Phil B. Whitaker* for petitioner. *Mr. Frank Spurlock* for respondent.